ORIGINAL



FILED

03/20/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0651

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 22-0651
DA 22-0678
DA 22-0679
DA 22-0680

STATE OF MONTANA,

    Plaintiff and Appellee,

v.

REX WILLIAM ALLEN,

    Defendant and Appellant.

ORDER

FILED

MAR 19 2024

Bowen Greenwood
Clerk of Supreme Court
State of Montana

Appellant Rex William Allen, via counsel, moves for an order remanding this matter to the Thirteenth Judicial District Court, Yellowstone County, and staying this appeal pending the District Court's ruling on Allen's pending motions to remove counsel and withdraw guilty pleas in that court. Appellee State of Montana does not oppose this motion.

On August 31, 2022, the District Court held a sentencing hearing in which it imposed sentences upon Allen for five separate proceedings. Allen subsequently appealed four of those convictions to this Court: DA 22-0651, appealing DC 21-1392; DA 22-0678, appealing DC 21-1466; DA 22-0679, appealing DC 21-1604; and DA 22-0680, appealing DC 21-0189. In each case, Allen petitioned as a self-representative for leave to file an out-of-time appeal and requested counsel. This Court granted leave for out-of-time appeal in each case and appointed the Appellate Defender Division.

Appellate counsel now advises this Court that Allen had petitioned to remove his appointed trial counsel and to withdraw his guilty pleas prior to his sentencing hearing on August 31, 2022, but the District Court proceeded with sentencing without addressing his

petitions. The written judgments in each case also did not mention Allen's pending petitions.

Allen subsequently applied for Sentence Review in these cases, but the Sentence Review Division withdrew his applications due to the pending and unresolved petitions to remove counsel and withdraw his pleas. Allen, representing himself, then filed amended motions to withdraw his guilty plea in each of these cases in the District Court. He later filed motions in the District Court that requested new counsel in each case.

Allen, via appointed appellate counsel, asks this Court to stay his pending appeals and remand each case to the District Court so that it may rule on his pending motions. He asserts that it is in the best interests of justice and efficiency for this Court to remand these matters for this purpose, and he draws our attention to other appeals in which we have similarly ruled.

Therefore, in the interest of judicial economy and with good cause appearing,

IT IS ORDERED the appeal in this matter is STAYED and the briefing schedule is vacated until the District Court issues a decision on Allen's pending motions.

IT IS FURTHER ORDERED that this case is REMANDED to the Thirteenth Judicial District Court for the purpose of ruling on Allen's pending motions.

IT IS FURTHER ORDERED that, upon remand, the District Court shall appoint Allen new counsel through the Office of Public Defender.

IT IS FURTHER ORDERED that the District Court shall issue a written decision on Allen's pending motions after the conclusion of briefing or following an evidentiary hearing, if one is held. If the District Court denies Allen's motions to withdraw his guilty pleas, it shall file a written decision to that effect and promptly supplement the record on appeal with such order. If the District Court grants the motion, Allen, via counsel shall take appropriate action to resolve this appeal.

The Clerk is directed to provide copies of this Order to all counsel of record, to the Clerk of Court for Yellowstone County, and to the Honorable Ashley Harada, presiding District Judge.

2

Dated this 19 day of March, 2024.

_____
Chief Justice

_____

_____

_____

_____
Justices